UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZESTIA SHANE TAYLOR,<br><br>    Petitioner,<br><br>  v.<br><br>T. CISNEROS,<br><br>    Respondent. | No. 2:22-cv-1114-EFB (HC)<br><br><br>ORDER |

  Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. However, he has neither filed an application for leave to proceed in forma pauperis nor paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis or submit the appropriate filing fee.

  In accordance with the above, IT IS ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order may result in this action being dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: June 29, 2022.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE